IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA          :

                                  :

            vs.                   :          CRIMINAL NO. 09-538

KEVIN BOSTON                      :

                                  :


**JUDGMENT OF ACQUITTAL/NOT GUILTY**

        AND NOW, this 24th day of March, 2010, came the attorney for the Government and the defendant being present with counsel, and

[]      The Court having granted the defendant's motion for judgment of acquittal as to:
[]      A jury has been waived, and the Court has found the defendant not guilty as to:

[X]     The jury has returned its verdict, finding the defendant not guilty as to: Count 1

        21:841(a)(1), (b)(1)(B) DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE ("CRACK")


        **AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k), Federal Rules of Criminal Procedure.

                                BY THE COURT:


                                /s/Legrome D, Davis
                                U.S. District Court Judge



cc:  U.S. Marshal
        Probation Office
        Counsel

3/24/10     DMC
  Date      By Whom